SAM HAMES v. STATE.

No. A-479.   Opinion Filed March 21, 1911.

Appeal from Woods County Court; R. A. Cameron, Judge.

Sam Hames was convicted in the county court of Woods county on a charge of violating the prohibitory law and appeals. Reversed

Mauntel & Stevens, for plaintiff in error.

PER CURIAM. A careful investigation of this record shows that the verdict and judgment are not supported by any evidence. The judgment is reversed and the cause remanded with direction to the court below to dismiss unless additional testimony to sustain a conviction can be had.

---

W. W. CRUMP. v STATE.

No. A-481.   Opinion Filed March 21, 1911.

Appeal from Pittsburg County Court; R. W. Higgins, Judge.

W. W. Crump was convicted of violating the prohibitory law in the county court of Pittsburg county, and appeals. Affirmed.

Lester & Hammond, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The case-made upon which this appeal is based was never filed in the county court of Pittsburg county, as required by section 6951, Snyder's Statutes, and will have to be stricken from the record herein. There being no errors in the transcript sufficient to justify the disturbing of the judgment of the court below, the same is affirmed.